NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETERSON INDUSTRIAL DEPOT, INC.,
PETERSON INDUSTRIAL PROPERTIES, LLC,
JADE STREET ENTERPRISES, L.L.C.,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2019-1007

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00490-NBF, Senior Judge Nancy B. Firestone.

---

**JUDGMENT**

---

JAMES DOUGLAS GILSON, Durham Jones & Pinegar, PC, Salt Lake City, UT, argued for plaintiffs-appellants. Also represented by DAVID LEES ARRINGTON, MATTHEW J. ORME.

BORISLAV KUSHNIR, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also

represented by JOSEPH H. HUNT, ROBERT EDWARD KIRSCHMAN, JR., FRANKLIN E. WHITE, JR.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 October 2, 2019         /s/ Peter R. Marksteiner,
Date             Peter R. Marksteiner
                Clerk of Court